UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **07-21830** MC UNASSIGNED

MAGISTRATE JUDGE
TURNOFF

IN THE MATTER OF THE EXTRADITION
OF
MANUEL ANTONIO NORIEGA

_____/

FILED by _____ D.C.
DKTG

JUL 17 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## CIVIL COVER SHEET

1.  Did this case originate from a matter pending in the United States Attorney's Office prior to
    April 1, 1999? _____ Yes _x_ No
    If yes, was it pending in the Central Region? _____ Yes _____ No

2.  Did this case originate from a matter pending in the United States Attorney's Office prior to
    April 1, 2003? _____ Yes _x_ No

3.  Did this case originate from a matter pending in the Narcotics Section (Miami) of the United
    States Attorney's Office prior to May 18, 2003? _____ Yes _x_ No

4.  Did this case originate from a matter pending in the Northern Region of the United States
    Attorney's Office prior to October 14, 2003? _____ Yes _x_ No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
MICHAEL P. SULLIVAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 134814
99 NE 4th Street
Miami, Florida 33132
Telephone: (305) 961-9274
Facsimile: (305) 536-7213
E-Mail: Pat.Sullivan@usdoj.gov