AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of Florida

FILED by _JZ_ D.C.
DKTG
JUL 17 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA
V.
MANUEL ANTONIO NORIEGA
_____/

**WARRANT FOR ARREST**

Case Number: **07-21830 MC UNA**

MAGISTRATE JUDGE
TURNOFF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MANUEL ANTONIO NORIEGA
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

being a fugitive from France, which has sought extradition to answer a charge of having committed the crime of engaging in financial transactions with the proceeds of illegal drug trafficking, in violation of section 415 of the French Customs Code (Law 88-1149 of December 23, 1988, promulgated on December 28, 1988), pursuant to the extradition treaty between the United States and France, and Title 18, United States Code, Section 3184,

in violation of Title  18  United States Code, Section(s)  3184

Name of Issuing Officer

Title of Issuing Officer: U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Date and Location: 7/17/07  MIAMI, FL.

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |