UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO. 07-21830

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| MANUEL ANTONIO NORIEGA | ) |
| _____ | ) |

NOTICE OF APPEARANCE

COMES NOW the United States of America by and through its undersigned Assistant United States Attorney and gives notice that Assistant United States Attorney Michael P. Sullivan is entering his appearance on behalf of the United States of America in the above-captioned case.

      Respectfully submitted

      R. ALEXANDER ACOSTA
      UNITED STATES ATTORNEY


      s/_____
      MICHAEL P. SULLIVAN
      ASSISTANT UNITED STATES ATTORNEY
      SENIOR LITIGATION COUNSEL
      99 N.E. 4th Street
      Miami, FL 33132
      Tel. (305) 961-9274
      Fax. (305) 536-4675
      Fla. Bar #134814