```
                                                                      1

                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
                            MIAMI DIVISION
                     CASE NO. 07-mc-21830-UNA
```

FILED by ___
APPEAL
JUL 27 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
IN THE MATTER OF THE EXTRADITION  |   MIAMI, FLORIDA
              OF                   |
     MANUEL ANTONIO NORIEGA        |
                                   |   JULY 26, 2007
_____|


         TRANSCRIPT OF HEARING RE EXTRADITION REQUEST
              BEFORE THE HONORABLE WILLIAM C. TURNOFF,
                  UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

FOR THE GOVERNMENT:       MICHAEL P. SULLIVAN, ESQ.
                          SEAN CRONIN, ESQ.
                          Assistant U. S. Attorneys
                          99 Northeast 4th Street
                          Miami, FL 33132
                                     305.961.9274
                                     305.536.4675 (fax)


FOR THE DEFENDANT:        FRANK A. RUBINO, ESQ.
                          2601 South Bayshore Drive, Suite 1400
                          Coconut Grove, FL 33133
                                     305.858.5300

                          JON MAY, ESQ.
                          May & Cohen
                          110 Southeast 6th Street, Suite 1970
                          Ft. Lauderdale, FL 33301
                                     954.761.7201

REPORTED BY:              LARRY HERR, RPR-RMR-FCRR
                          Official United States Court Reporter
                          Federally Certified Realtime Reporter
                          301 North Miami Avenue, Room 304
```