AO 442    (Rev. 10/03) Warrant for Arrest

FJL-32,830
BOP-38699-079
FILED by DKTG _____ D.C.
JUL 17 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT

Southern District of Florida

UNITED STATES OF AMERICA
V.
MANUEL ANTONIO NORIEGA
_____/

**WARRANT FOR ARREST**

Case Number: **07-21830**

MC UNASSIGNED

MAGISTRATE JUDGE
TURNOFF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    MANUEL ANTONIO NORIEGA
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

being a fugitive from France, which has sought extradition to answer a charge of having committed the crime of engaging in financial transactions with the proceeds of illegal drug trafficking, in violation of section 415 of the French Customs Code (Law 88-1149 of December 23, 1988, promulgated on December 28, 1988), pursuant to the extradition treaty between the United States and France, and Title 18, United States Code, Section 3184.

in violation of Title  18  United States Code, Section(s)  3184

Name of Issuing Officer
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer
7/17/07  MIAMI, FL
Date and Location

**RETURN** ✓

| This warrant was received and executed with the arrest of the above-named defendant at |
|---|
| SUBJECT WAS BROUGHT IN ON A WHCAP FROM FCI, MIAMI, FL. |

| DATE RECEIVED<br>07-17-07 | NAME AND TITLE OF ARRESTING OFFICER<br>CHRISTINA PHARO<br>U.S. MARSHAL, SD/FL | SIGNATURE OF ARRESTING OFFICER<br>BY: JOE GODSK<br>SDUSM, SD/FL |
|---|---|---|
| DATE OF ARREST<br>07-26-07 | | |