UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21830-MC-TURNOFF

IN THE MATTER OF THE EXTRADITION OF
MANUEL ANTONIO NORIEGA

_____/

ORDER ON INITIAL APPEARANCE

AUSA _Jean Cronin + M. Pat Sullivan_     Language _Spanish_
Agent _____     Tape No. 07 G - _Larry Hem_

The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on _7/26/07_____ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon

ORDERED as follows:
1. _Jon May + Frank Rubino_ appeared as ~~permanent~~/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2007.
4. ~~Arraignment/Preliminary/Removal/Identity~~ _Extradition_ hearing is set for _10am  8-28_____, 2007.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_____, 2007.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _No Bond_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

_Deft's Response is due 8-15-07._
_Gov't's Reply due 8-24-07._

<u>MANUEL ANTONIO NORIEGA</u>

____a. Surrender all passports and travel document to the Pretrial Services Office and not to obtain any travel documents during the pendency of the case.
____b. Report to Pretrial Services as follows:____time(s) a week in person; ____time(s) a week by phone ; ____ as directed; <u>other_____</u>
____c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____d. Maintain or actively seek full time gainful employment.
____e. Maintain or begin an educational program.
____f. Avoid all contact with victims of or witnesses to the crimes charged.
____g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____h. Comply with the following curfew: _____
____i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
____j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u> this ___ day of _July_, 2007.

_____
**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
Defense Counsel
Pretrial Services/Probation