UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 07-21830-MC-TURNOFF

IN THE MATTER OF THE
EXTRADITION OF
MANUEL ANTONIO NORIEGA

_____/

　　　**THIS CAUSE** came before the Court for initial appearance on July 26, 2007.

　　　Pursuant to proceedings held it is thereupon

　　　ORDERED AND ADJUDGED that the **extradition** hearing is set for **August 28, 2007 at 10:00am at 300 N.E. 1st Avenue, courtroom X** before the Honorable William C. Turnoff. The defendant shall file a response by August 15, 2007 and the Government's reply is due on August 24, 2007.

　　　**DONE AND ORDERED** at Miami, Florida this 26 day of JULY, 2007.

Court reporter: Larry Herr

　　　　　　　　　　　　　　　　　　　　**WILLIAM C. TURNOFF**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

CC:　　AUSA
　　　　Defense Counsel
　　　　Pretrial Services
　　　　U.S. Marshal