UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-mc-21830-UNA

IN THE MATTER OF THE EXTRADITION
OF MANUEL ANTONIO NORIEGA
_____/

NOTICE OF APPEARANCE

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that Assistant United States Attorney Sean Paul Cronin is entering his appearance on behalf of the United States of America in the above-captioned case.

    Respectfully submitted,

    R. ALEXANDER ACOSTA
    UNITED STATES ATTORNEY


By:    s/ Sean Paul Cronin
    Sean Paul Cronin
    Assistant United States Attorney
    Court I.D. No. A5500940
    99 Northeast 4th Street
    Miami, Florida 33132-2111
    Tel: (305) 961-9302
    Fax: (305) 536-7213
    Sean.P.Cronin@usdoj.gov

1

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 31, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

      s/ Sean Paul Cronin
      Sean Paul Cronin