**COURT MINUTES** *Central*
**U.S. MAGISTRATE JUDGE WILLIAM C. TURNOFF - COURTROOM 5**

DATE: 7/26/07  TIME: 1:30 P.M. -3:00  PAGE: 1

IN THE MATTER OF THE EXTRADITION OF MANUEL NORIEGA  CASE NO: 07-21830-MC-TURNOFF

AUSA: M. Pat Sullivan + S. Cronin  ATTY: Jon May + Frank Rubino
AGENT:   VIOL: EXTRADITION TRANSFER - FRANCE
PROCEEDING: Initial App.  RECOMMENDED BOND: No bond
BOND/PTD HEARING HELD - yes (no)  COUNSEL APPOINTED:
BOND SET @: No bond  To be cosigned by:
  INTERPRETER: Spanish

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement/Electronic Monitoring/Curfew ___; paid by ___.
- ☐ Other ___

Disposition:
Frank Rubino + Jon May filed perm. appear.
△ cnsl Req. this matter be set after Habeas Corpus hrg set 8-10-07; Granted.

Response due 8-15-07
Gov't reply due 8-24-07

Motion for bond - Denied w/o prejudice

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
REPORT RE COUNSEL:
~~PTD BOND~~ Extradition HEARING: 8-28 ✓  10:00  WCT  Miami
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
TAPE No. 07-G-  Begin: Larry Herr  TIME IN COURT: 20 min