### *CIVIL CALENDAR/MINUTES*
### *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF FLORIDA*


U.S. MAGISTRATE JUDGE  **WILLIAM C. TURNOFF**        COURTROOM  X

Case No.  07-21830-MC-UNASSIGN   Date:  8/28/07   Time: 10:00 am     End:  10:45 am

Magistrate Clerk   Marilyn Carter

Ct Rptr. : Amar Kredi        And 07G-52-181

Title of Case   **IN THE MATTER OF THE EXTRADITION OF MANUEL NORIEGA**

Plaintiff Attorney (s)     **M. Patrick Sullivan &  Sean Cronin**

Deft Attorney (s)         **Jon May, Esq. &  Frank Rubino, Esq.**

Reason for Hearing:     **Extradition hearing**

Result of Hearing:    Extradition hearing held; Following hearing, Judge certified Noriega for

extradition to France. Written order to follow.