


IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-21830-MC-TURNOFF

IN THE MATTER OF THE EXTRADITION
OF
MANUEL NORIEGA
_____/

TRANSCRIPT OF HEARING RE EXTRADITION REQUEST
BEFORE THE HONORABLE WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| Location: | United States Federal Courthouse |
| | 300 N.E. First Avenue |
| | Miami, Florida 33132 |
| Date: | Tuesday, August 28, 2007 |
| Time: | 10:00 a.m. to 10:40 a.m. |

ORIGINAL

APPEARANCES:

| | |
|---|---|
| For the Government: | M. Patrick Sullivan, Esq. |
| | Sean Cronin, Esq. |
| | Assistant U.S. Attorneys |
| | 99 Northeast 4th Street |
| | Miami, Florida  33132 |
| For the Defendant: | Frank A. Rubino, Esq. |
| | 2601 South Bayshore Drive, Suite 1400 |
| | Coconut Grove, Florida  33133 |
| | Jon May, Esq. |
| | 110 Southeast 6th Street, Suite 1970 |
| | Fort Lauderdale, Florida  33301 |
| Court Reporter: | Amar Kredi |
| | Official Reporting Service, Inc. |
| | 504 South Andrews Avenue, Suite 302N |
| | Fort Lauderdale, Florida  33301 |
| ALSO PRESENT: | Marilyn Carter, Magistrate Clerk |
| | Margarita Lloyd Godsk and Nilia Christen, |
| | Spanish Interpreters |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 07-21830-MC-TURNOFF
DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____