# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

September 14, 2007

Office of the Secretary of State
U.S. Department of State
2201 C. Street NW
Room 5419 A
Extradition Unit-Office of the Legal Advisor
Washington, D.C. 20520



RE: IN THE MATTER OF THE EXTRADITION OF MANUEL ANTONIO NORIEGA
CASE NUMBER: 07-MC-21830

Dear Sir:

In compliance with the extradition order dated 8/29/07 we are forwarding herewith the Court file in this case together with a certified copy of the extradition order and a certified copy of the docket sheet.

Please acknowledge receipt of the above on the enclosed copy of this letter.

Sincerely,


Clarence Maddox, Clerk of Court

By: *Lorraine Sandelin*
　　Lorraine Sandelin
　　Deputy Clerk


Enclosures
CC: All counsel

| Miami | Ft. Lauderdale | West Palm Beach | Key West | Ft. Pierce |
|---|---|---|---|---|
| 301 N. Miami Ave | 299 E. Broward Blvd. | 701 Clematis Street | 301 Simonton Street | 300 S. Sixth Street |
| Miami, FL 33128 | Ft. Lauderdale, FL 33301 | WPB, Fl 33401 | Key West, FL 33040 | Ft. Pierce, FL 34950 |

Dockets.Justia.com